IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3130 |
| | ) | |
| V. | ) | |
| | ) | |
| LEONARDO TAMAYO-LOPEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On defense counsel's oral motion,

IT IS ORDERED that the hearing on defense counsel's motion to withdraw as attorney and continue sentencing hearing date (filing 30) is continued until further order of the court. Mr. Monzon shall contact the undersigned's judicial assistant to reschedule the hearing.

DATED this 12th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge