IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3130 |
| | ) | |
| V. | ) | |
| | ) | |
| LEONARDO TAMAYO-LOPEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the hearing on defense counsel's motion to withdraw as attorney and continue sentencing hearing (filing 30) is set on Wednesday, December 2, 2009, at 8:00 a.m. before the undersigned United States district judge.

DATED this 12th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge