IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3130 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LEONARDO TAMAYO-LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the joint oral motion of counsel,

IT IS ORDERED that Defendant Tamayo-Lopez's sentencing is scheduled on February 11, 2010, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated January 21, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge